AMIN WASSERMAN GURNANI LLP
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
515 South Flower St., 18th Floor
Los Angeles, CA  90071
Tel:     (213) 933-2330
Fax:     (312) 884-7352
wcole@awglaw.com
morr@awglaw.com

AMIN WASSERMAN GURNANI LLP
Manon Burns, Bar No. 347139
230 W. Monroe, Ste. 1405
Chicago, IL 60606
Tel: (312) 466-1033
mburns@awglaw.com

Attorneys for Defendant Albertsons Companies, Inc.

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA FLORES, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:25-cv-02476-JAM-JDP<br><br>**STIPULATION AND ORDER RE: FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Hon. John A. Mendez |

IT IS HEREBY STIPULATED, by and between Plaintiff TERESA FLORES and Defendant ALBERTSONS COMPANIES, INC., by and through their respective attorneys of record, as follows:

WHEREAS, the Complaint was filed on August 29, 2025;

WHEREAS, the original time to respond to the Complaint was October 1, 2025;

WHEREAS, the Parties stipulated to an extension of time to respond to the Complaint to October 28, 2025;

WHEREAS, on October 16, 2025, Defendant subsequently engaged the undersigned counsel to represent it in this matter;

WHEREAS, Defendant seeks a brief additional period of time to complete a meet and confer with Plaintiff regarding Defendant's response to the Complaint;

WHEREAS, the Parties agree that a two-week extension of time to respond to the Complaint, from October 28, 2025, to November 11, 2025, would be appropriate and sufficient;

WHEREAS, the requested two-week extension will not affect any other date or deadline set by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED that Defendant's time to respond to Plaintiff's Complaint be **EXTENDED** from October 28, 2025, to **November 11, 2025**.

Dated: October 29, 2025         AMIN WASSERMAN GURNANI, LLP

                                Dated: October 29, 2025

                                /s/ *William P. Cole*
                                   William P. Cole

                                *Attorneys for Defendant Albertsons Companies, Inc.*

Dated: October 29, 2025         CROSNER LEGAL, P.C.


                                /s/ *Jennifer L. MacPherson*
                                   Jennifer L. MacPherson

                                *Attorneys for Plaintiff Teresa Flores*

- 1 -
STIPULATION AND ORDER RE: FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this joint stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: October 29, 2025  AMIN WASSERMAN GURNANI, LLP

/s/ *William P. Cole*
William P. Cole

*Attorneys for Defendant Albertsons Companies, Inc.*

**ORDER**

IT IS SO ORDERED.

Dated: October 29, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

- 2 -
STIPULATION AND ORDER RE: FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT