AMIN WASSERMAN GURNANI, LLP
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
515 South Flower St., 18th Floor
Los Angeles, CA  90071
Tel:     (213) 933-2330
Fax:    (312) 884-7352
wcole@awglaw.com
morr@awglaw.com

AMIN WASSERMAN GURNANI LLP
Manon Burns, Bar No. 347139
230 W. Monroe, Ste. 1405
Chicago, IL 60606
Tel: (312) 466-1033
mburns@awglaw.com

Attorneys for Defendant Albertsons Companies, Inc.

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA FLORES, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC., INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:25-cv-02476-JAM-JDP<br><br>**DEFENDANT ALBERTSONS COMPANIES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Hon. John A. Mendez<br><br>Courtroom 6<br>Date: January 27, 2026<br>Time: 1:00 p.m. |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on January 27, 2026, at 1:00 p.m., or as soon thereafter as the matter may be heard by the Honorable John A. Mendez, Defendant Albertsons Companies, Inc. ("Albertsons") will, and hereby does, move the Court for an order dismissing Plaintiff Teresa Flores's Complaint and each claim asserted therein.

This motion is made pursuant to Federal Rules of Civil Procedure 8(a), 9(b), 12(b)(1), and

1  12(b)(6), and on the grounds (1) that Plaintiff fails to state any valid claim for relief and (2) that Plaintiff
2  fails to allege Article III standing for injunctive relief. The grounds for the motion are more fully
3  described in the accompanying Memorandum of Points and Authorities. This motion is based upon this
4  Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of
5  William P. Cole, the pleadings and files in this action, and such other matters as may be presented at or
6  before any hearing on this motion.
7        This motion is made following the conference of counsel pursuant to the Court's standing order
8  which took place on October 29, 2025.

Dated: November 6, 2025              AMIN WASSERMAN GURNANI, LLP

/s/ *William P. Cole*
  William P. Cole
  Matthew R. Orr
  Manon Burns

*Attorneys for Defendant Albertsons Companies, Inc.*

- 1 -
DEFENDANT ALBERTSONS COMPANIES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS

**CERTIFICATE OF SERVICE**
(United States District Court)

I hereby certify that on the 6th day of November, 2025, I caused the electronic filing of the foregoing document, through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/*William P. Cole*
William P. Cole