AMIN WASSERMAN GURNANI, LLP
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
515 South Flower St., 18th Floor
Los Angeles, CA 90071
Tel:   (213) 933-2330
Fax:   (312) 884-7352
wcole@awglaw.com
morr@awglaw.com

AMIN WASSERMAN GURNANI, LLP
Manon Burns, Bar No. 347139
230 W. Monroe Street, Suite 1405
Chicago, IL 60606
Tel: (312) 466-1033
Fax: (312) 884-7352
mburns@awglaw.com

Attorneys for Defendant Albertsons Companies, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA FLORES, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC., a Delaware corporation,<br><br>    Defendant. | Case No.: 2:25-cv-02476-JAM-JDP<br><br>**DECLARATION OF WILLIAM P. COLE** |

I, William P. Cole, declare as follows:

1. I am a member of the bar of the State of California and an attorney with the law firm Amin Wasserman Gurnani LLP. I am counsel in this matter for Defendant Albertsons Companies, Inc. I make this declaration based upon my personal knowledge and, if called upon to testify as a witness, I could and would competently do so. I make this declaration in support of Defendant's Motion to Dismiss Plaintiff's Complaint.

2. Attached hereto as Exhibit 1 are true and correct printouts of the images of the front and back labels of the Signature Care Sensitive Skin Body Wash found on the website incorporated by reference in footnote 1 of Plaintiff's Complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 6, 2025         /s/ *William P. Cole*
                                William P. Cole

# EXHIBIT 1





**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of November, 2025, I caused the electronic filing of the foregoing document, through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ *William P. Cole*
William P. Cole